**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

SAMWAIL BESHARA AMIN IBRAHIM,

Petitioner,

v. Case No. 2:26-cv-02755-MSN-cgc

CHRISTOPHER BULLOCK,
New Orleans Field Office Director for
ICE Enforcement and Removal Operations,

Respondent.

---

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

---

Before the Court is Petitioner Samwail Beshara Amin Ibrahim's Petition for Writ of Habeas Corpus ("Petition"), filed under 28 U.S.C. § 2241. (ECF No. 1.) In his most recent filing, Respondent notifies the Court that Petitioner has been released on his own recognizance. (ECF No. 13.) Because Petitioner is no longer detained, the Petition is moot. Accordingly, the Petition is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of November, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE